

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00232-CV

**IN RE ACCEPTANCE INDEMNITY INSURANCE COMPANY,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22084
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The court's opinion in this mandamus action issued September 26, 2018. Thus, any motion for rehearing or motion for en banc reconsideration was due October 11, 2018. On the due date, real party in interest, S.A. Villas, filed an unopposed motion for extension of time to file a motion for rehearing and motion for en banc reconsideration, asking for an additional twenty days in which to file such motions. After review, we **GRANT** the requested extension and **ORDER** the real party in interest to file its motion for rehearing and motion for en banc reconsideration, if any, **on or before October 31, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

It is so ORDERED on this 18th day of October, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court